# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
General Delivery DOC No. 424229
Louisiana State Penitentiary
Angola LA 70712

## REHEARING ACTION: July 1, 2015

**Docket Number: 15   00239-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Brandon Lavergne** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent